ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
Email: mail@asmithlaw.com

*ELECTRONICALLY FILED - May 14, 2009*

Attorney for Reorganized Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

In Re:

INTEGRAL HEALTH, INC.,

      Reorganized Debtor.

_____/

Case No. BK-N-01-30586-GWZ
Chapter 11

**POST-CONFIRMATION STATUS REPORT OF DEBTOR [FIRST QUARTER 2009]**

**REPORT #6**

(No Hearing Required)

      The Debtor, INTEGRAL HEALTH, INC. (hereinafter the "Debtor"), through its counsel, Alan R. Smith, Esq., of the Law Office of Alan R. Smith, submits the following status report of disbursements and activities of the Debtor for the period January 1, 2009 through March 31, 2009 (first quarter 2009).

      Pursuant to the Debtor's Third Amended Plan, as approved by the Court by its order entered on March 1, 2006, initial distributions were made as required by the Plan, and the balance of all assets were distributed to the Debtor's Liquidation Trust, as provided for in the Plan. Accordingly, the only disbursement made by the Liquidation Trust since the last post-confirmation status report filed February 26, 2009, is $1,216.39 to the U.S. Trustee. The Liquidation Trust has on hand funds in the approximate amount of $131,500.00, as well as certain Baja lots as provided in the Plan. The Liquidation Trust plans to make additional distributions of cash on hand and proceeds from the sale of Baja lots.

///

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integral Health\Post-Conf\Status Report #6 051309-plt.wpd

The Debtor has not closed the Chapter 11 case for two reasons. First, the Debtor has requested a tax determination from the IRS, which still has not been resolved primarily due to confusion over the tax identification numbers. In the event there remains any dispute over the balance owed to the IRS, the Debtor may need a forum to resolve that dispute. Secondly, there has been difficulty in obtaining title to the Baja lots, and in obtaining reports from Larry Henry as required under the Plan. Until the title to the Baja lots is resolved, the Liquidation Trust may need to take some additional action in connection with the Baja Lots or the settlement with Graham Simpson. The Liquidation Trust has paid all fees owed to the United States Trustee through the first quarter of 2009.

DATED this 13th day of May, 2009.

                                LAW OFFICES OF ALAN R. SMITH

                                By:     /s/ Alan R. Smith
                                ALAN R. SMITH, ESQ.
                                Attorney for Reorganized Debtor

### UNSWORN DECLARATION BY DEBTOR

I, JOHANNA BACHMAN, hereby declare under penalty of perjury that I am the Trustee of the Liquidation Trust, and make this Declaration on behalf of the Debtor, INTEGRAL HEALTH, INC. I have reviewed the foregoing Post-Confirmation Status Report, and the same is true to the best of my information and belief.

DATED this 13th day of May, 2009.

                                *Signature Attached*
                                _____
                                JOHANNA BACHMANN, Trustee of the
                                Liquidation Trust, on behalf of the Debtor,
                                INTEGRAL HEALTH, INC.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integral Health\Post-Conf\Status Report #6 051309-plt.wpd        - 2 -

The Debtor has not closed the Chapter 11 case for two reasons. First, the Debtor has requested a tax determination from the IRS, which still has not been resolved primarily due to confusion over the tax identification numbers. In the event there remains any dispute over the balance owed to the IRS, the Debtor may need a forum to resolve that dispute. Secondly, there has been difficulty in obtaining title to the Baja lots, and in obtaining reports from Larry Henry as required under the Plan. Until the title to the Baja lots is resolved, the Liquidation Trust may need to take some additional action in connection with the Baja Lots or the settlement with Graham Simpson. The Liquidation Trust has paid all fees owed to the United States Trustee through the first quarter of 2009.

**DATED** this 13th day of May, 2009.

LAW OFFICES OF ALAN R. SMITH

By:     /s/ Alan R. Smith
ALAN R. SMITH, ESQ.
Attorney for Reorganized Debtor

### UNSWORN DECLARATION BY DEBTOR

I, JOHANNA BACHMAN, hereby declare under penalty of perjury that I am the Trustee of the Liquidation Trust, and make this Declaration on behalf of the Debtor, INTEGRAL HEALTH, INC. I have reviewed the foregoing Post-Confirmation Status Report, and the same is true to the best of my information and belief.

DATED this 13th day of May, 2009.

JOHANNA BACHMANN, Trustee of the
Liquidation Trust, on behalf of the Debtor,
INTEGRAL HEALTH, INC.

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\Integral Health\Post-Conf\Status Report #6 051309-pl:.wpd    - 2 -